| | | | |
|---|---|---|---|
| Com. v. Leslie | 923 WDA 2016 Affirmed | 01/12/2017 | CP–20–CR–0000053–2013 (Crawford) |
| Com. v. Peoples [16] | 408 EDA 2015 Affirmed | 01/13/2017 | CP–51–CR–0312271–2006 (Philadelphia) |
| Com. v. Williams | 2625 EDA 2015 Affirmed | 01/13/2017 | CP–51–CR–0002117–2015 (Philadelphia) |
| Dolan v. Hurd Millwork Company, Inc. | 2951 EDA 2015 Remanded Jurisdiction Retained | 01/13/2017 | No. 2005–005801 (Delaware) |
| Pillar v. Pillar | 3300 EDA 2015 Affirmed | 01/13/2017 | No. 1–2015–DR (Wayne) |
| In the Interest of: D.D.M. | 107 EDA 2016 Affirmed Application to Withdraw as Counsel Granted | 01/13/2017 | CP–51–AP–0000183–2015 CP–51–DP–0000110–2013 (Philadelphia) |
| In the Interest of: L.A.N. | 149 EDA 2016 Affirmed Application to Withdraw as Counsel Granted | 01/13/2017 | CP–51–AP–0000182–2015 CP–51–DP–0001492–2012 (Philadelphia) |
| Margle Law Offices v. Garrett | 1327 EDA 2016 Affirmed | 01/13/2017 | C–48–CV–2014–8610 (Northampton) |
| Com. v. Maldonado | 1756 EDA 2016 Affirmed | 01/13/2017 | CP–09–CR–0001757–2003 CP–09–CR–0001758–2003 CP–09–CR–0001759–2003 (Bucks) |
| Com. v. Vasquez | 1827 EDA 2016 Affirmed | 01/13/2017 | CP–45–CR–0002305–2012 (Monroe) |
| Com. v. Fobes | 1732 MDA 2015 Affirmed | 01/13/2017 | CP–36–CR–0005059–2014 (Lancaster) |
| Com. v. Negron | 11 MDA 2016 Affirmed | 01/13/2017 | CP–38–CR–0000329–2002 CP–38–CR–0001611–2001 (Lebanon) |
| Com. v. Kennedy | 209 MDA 2016 Affirmed | 01/13/2017 | CP–22–CR–0002906–2014 (Dauphin) |
| Com. v. Pham | 355 MDA 2016 Affirmed | 01/13/2017 | CP–21–CR–0001546–2012 (Cumberland) |

16. Petition for reargument denied February 17, 2017.